1 602260

%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Massachusetts

FILED IN CLERKS OFFICE

2008 DEC -5 P 2: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA
V.
CARLOS GUEVARA

**WARRANT FOR ARREST**

Case Number: **08 CR 10.348. PBS**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Carlos Guevara
                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with (brief description of offense)

UNLAWFULLY RE-ENTERING THE UNITED STATES AFTER DEPORTATION/REMOVAL WITHOUT PERMISSION OF THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

in violation of Title    18    United States Code, Section(s)    1326

JUDITH G. DEIN
Name of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

11/20/2008   BOSTON, MA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

WARRANT EXECUTED BY [signature]
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/24/08

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |